# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

                               RE:    Gavrilo Spaich
                                        Docket Number:   2:08CR00440-02
                                        PERMISSION TO TRAVEL
                                        <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Belgrade, Serbia, for a two week period. He is current with all supervision obligations, and the probation officer recommends approval be granted.

On July 12, 2011, Gavrilo Spaich was sentenced to a term of imprisonment for a period of 24 months after pleading guilty to 18 USC 371 - Conspiracy, a Class D felony, and 18 USC 152 - Concealment of Assets, a Class D felony. In that matter, Mr. Spaich filed for bankruptcy and failed to disclose a personal residence which he had owned, while having his daughter withdraw equity from the residence for personal use.

Prior to his incarceration, Mr. Spaich was the owner of a massive prune packing company, which was forced to close business operations due to poor fiscal management. While incarcerated, Mr. Spaich's daughter once again started up the family business which appears to be gaining traction. Since his release from the Bureau of Prisons custody in April 2013, Mr. Spaich has reconnected with many of his old business contacts throughout Japan and China. Mr. Spaich indicates that due to the short crop of prunes in California, he has supplied old customers with product from Serbia. Part of this agreement requires Mr. Spaich to inspect the product upon packing. As such, the releasee is requesting Your Honor's permission to travel to Serbia to oversee the packing of his shipment of prunes in December, 2013. Mr. Spaich indicated he would be able to provide documentation to the

**RE:   Gavrilo Spaich**
    **Docket Number:   2:08CR00440-02**
    <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

undersigned upon his return to the United States, which would verify the validity of the business trip.

**Sentence imposed:**  24 months custody of the Bureau of Prisons; 24 month term of supervised release; $200 special assessment; $5,000 fine (paid in full).

**Dates and Mode of Travel:** If approved by the Court, Mr. Spaich will attempt to purchase airline tickets for a departing flight in the middle of December, 2013, and would return to the Eastern District of California within 10 days of said flight.

**Purpose:** Business trip to Belgrade, Serbia.

Respectfully Submitted,

/s/ Garey R. White
**GAREY R. WHITE**
**United States Probation Officer**

**DATED:**    December 9, 2013
        Sacramento, California
        GRW/sg

**REVIEWED BY:**    /s/ Jeffrey C. Oestreicher
        **JEFFREY C. OESTREICHER**
        **Supervising United States Probation Officer**

**RE: Gavrilo Spaich
Docket Number: 2:08CR00440-02
PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

---

**ORDER OF THE COURT:**

Approved __X__

| | |
|---|---|
| _____12/9/2013_____ | /s/ John A. Mendez_____ |
| **Date** | **HONORABLE JOHN A. MENDEZ**<br>**United States District Court Judge** |

3

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG